# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEE ATTACHED, <br><br> Petitioner, <br><br> vs. <br><br> SEE ATTACHED, <br><br> Respondent(s). | Case No. SEE ATTACHED <br><br> **ORDER TO SHOW CAUSE** <br><br> Date: March 11, 2026 <br> Time: 1:00 pm <br> Courtroom: 540 (Roybal Fed Bldg & US Crthse) |

In the cases listed on the attachment to this order, the parties are ordered to show cause in person at the status conference why the preliminary relief entered by the district court should not be converted immediately to final judgment on the merits for the same reasons and on the same terms provided in the order granting such preliminary relief. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); *cf.* Fed. R. Civ. P. 65(a)(2).

The parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the district court's order granting preliminary relief by no later than 9 AM PT on March 11, 2026, in which case no appearances at the 1 PM PT in-person status conference will be required.

Nothing in such stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

Otherwise, failure to appear in person at the status conference as ordered or to be prepared to participate in good faith at the conference may lead to sanctions or contempt proceedings. *See, e.g.,* Fed. R. Civ. P. 16(f), 37(b)(2)(A), and 41(b); L.R. 41-1, 41-5

IT IS SO ORDERED.

Dated: March 10, 2026

STEVE KIM
United States Magistrate Judge

1

# **ATTACHMENT**

| Case Caption | Case Number |
|---|---|
| **Zakaryan v. Bondi, et al.** | **5:26-cv-384-JGB (SK)** |
| **V.K. v. Noem, et al.** | **5:26-cv-241-MWC (SK)** |
| **Alhroub v. Santacruz, et al.** | **5:26-cv-621-DOC (SK)** |
| **Barrera v. Noem, et al.** | **5:26-cv-531-MEMF (SK)** |