UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED MOHAMMAD M. ALHROUB, <br><br> Petitioner, <br><br> v. <br><br> ERNESTO SANTRACRUZ JR, *et al.*, <br><br> Respondents. | No. 5:26-cv-00621-DOC-SK <br><br> **STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

1

GOOD CAUSE APPEARING, IT IS ORDERED THAT pursuant to 8 U.S.C. § 2241, and as stipulated by the parties, the Petition for Writ of Habeas Corpus in this action shall be granted and that the judgment shall be entered by the Court accordingly at this juncture, without requiring any further proceedings, consistent with the reasons and findings that are already set forth in the Petitioner's *ex parte* application for a Temporary Restraining Order granted by the District Court [Dkt. no. 6] on February 17, 2026.

IT IS SO ORDERED.

Dated: March 26, 2026

_____
HON. STEVE KIM
United States Magistrate Judge