JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AHMAD MOHAMMAD M. ALHROUB,

               Petitioner,

      v.

ERNESTO SANTACRUZ JR, et al.,

               Respondents.

Case No. 5:26-cv-00621-DOC-SK

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in petitioner's ex parte application for temporary restraining order granted by the district court on February 17, 2026.

DATED: March 26, 2026

                          STEVE KIM
                          United States Magistrate Judge